**Order filed March 29, 2012**



In The
# Fourteenth Court of Appeals
_____

14-11-00019-CR
14-11-00020-CR
_____

**ERIC DEWAYNE WATTS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 15**
**Harris County, Texas**
**Trial Court Cause No. 1666129 and 1693686**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #18.**

The clerk of the Co Crim Ct at Law No 15 is directed to deliver to the Clerk of this court the original of State's Exhibit #18, on or before **April 10, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #18, to the clerk of the Co Crim Ct at Law No 15.

PER CURIAM